# STROOCK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

RECEIVED
MAR 24 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

March 24, 2008

Michelle H. Schott
Direct Dial 212-806-5761
Direct Fax 212-806-7761
mschott@stroock.com

The Honorable Robert P. Patterson
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Bush v. City of New York, et al.*, 07 Civ. 4019; *Brewster v. City of New York, et al.*, 07 Civ. 4016; *Dublin v. City of New York, et al.*, 07 Civ. 4017

Dear Judge Patterson:

We jointly write on behalf of the parties to advise the Court of the status of our efforts to finalize the settlements in the above-referenced actions. We are in the process of executing the documents necessary to effectuate the parties' agreements. However, Corporation Counsel has informed us that it typically takes 60 to 90 days to remit payment once the executed documents are submitted to the City Comptroller. Accordingly, we request that the Court hold the pending motions to dismiss in abeyance for an additional 120 days while the parties finalize their settlements.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Michelle H. Schott*

Michelle H. Schott

cc: Deborah Dorfman, Esq.

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

Handwritten endorsement: Application Denied. The cases will be settled and closed, subject to plaintiff's right to reopen for good cause shown if payment has not been received within 90 days of the Court's order approving the settlement. So ordered.

Robert P. Patterson
USDJ
3/24/08

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| | |
|---|---|
| Case: | Bush v. City of New York, et al. |
| Index No. | 07 Civ. 4019 (RPP) |
| | Brewster v. City of New York, et al. |
| | 07 Civ. 4016 (RPP) |
| | Dublin v. City of New York, et al. |
| | 07 Civ. 4017 |

## MEMO ENDORSEMENT READS:

*Application denied.*

*The cases will be settled and closed, subject to plaintiffs' right to reopen for good cause shown if payment has not been received within 90 days of the Court's order approving the settlement.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 3/24/08*